FILED
APR 03 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br><br> v. <br><br> Fernando PALMA-Rivas <br><br>     Defendant. | Mag. Case No. '08 MJ 8291 <br> <u>COMPLAINT FOR VIOLATION OF:</u> <br><br> Title 8, U.S.C., Section 1324(a)(2)(B)(iii) <br> Bringing In Illegal Alien Without Presentation |

The undersigned complainant, being duly sworn, states:

On or about April 2, 2008, within the Southern District of California, defendant Fernando PALMA-Rivas, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that alien, namely, Jose Luis PENA-Dominguez, had not received prior official authorization to come to, enter and remain in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts which, is incorporated herein by reference.

                                                   Senior Border Patrol Agent

SWORN TO BEFORE AND SUBSCRIBED IN MY PRESENCE THIS 3rd DAY OF APRIL 2008.

                                                   Peter C. Lewis
                                                   United States Magistrate Judge

UNITED STATES OF AMERICA
            v.
Fernando PALMA-Rivas

## STATEMENT OF FACTS

The complainant states that this complaint is based upon statements in the investigative reports by the apprehending officer, Border Patrol Agent J. Rivera that on April 2, 2008, Fernando PALMA-Rivas, native and citizen of the United States was apprehended in Calexico, California, as a foot guide, as he smuggled one (1) undocumented alien from Mexico in violation of law.

On April 2, 2008, United States Border Patrol Agent J. Rivera was performing his assigned duties east of the Calexico, California Port of Entry. At approximately 3:00 a.m. a Remote Video Surveillance Systems (RVSS) operator, advised agents a suspected illegal alien, later identified as Jose Luis PENA-Dominguez, was climbing down from the International Boundary Fence approximately 1.1 miles east of E. Rivera Avenue. The RVSS operator continued to update agents in the area that PENA ran north across Anza Road and hid underneath a truck parked on the north side of Anza. BPA Rivera had previously positioned himself in a field directly north of PENA. BPA Rivera was able to see PENA as he ran across Anza Road and crawled underneath the parked truck.

BPA Rivera saw a subject, later identified as Fernando PALMA-Rivas, on a bicycle wearing a dark colored hooded sweater, and a black hat underneath the hood traveling south on E. Rivera talking on a cellular phone. BPA Rivera saw PALMA stop at the intersection of E. Rivera and Camino del Rio facing south. As PALMA was stopped at the intersection, BPA Rivera heard people whistling and yelling out instructions in Spanish, instructing someone to "move now". Following the whistling and yelling, BPA Rivera saw PENA come out from underneath the truck, run north in the field parallel to E. Rivera Avenue and *stop* at the intersection of E. Rivera Avenue and Camino del Rio. While PENA was running north in the field, BPA Rivera could hear someone yelling "hurry up" in Spanish near his location. BPA Rivera looked over towards PALMA and saw him waving his hands and yelling at PENA in Spanish to "hurry up". BPA Rivera then saw PENA run westbound towards E. Rivera directly

towards PALMA as he was riding his bicycle westbound on Camino del Rio. BPA Rivera advised agents via-service radio of their direction of travel. BPA Rivera followed PALMA and PENA and observed both of them talking to each other. Once PALMA and PENA reached the intersection of Camino del Rio and J.B. Rodney Court, BPA Rivera saw PALMA hand over his bicycle to PENA.

SBPA Mills responded to the intersection of Camino del Rio and J.B. Rodney Court and saw one subject walking and the other on a bicycle traveling westbound on Camino del Rio. SBPA Mills identified himself as a United States Border Patrol Agent and questioned the subject, PENA, on the bicycle as to his citizenship. PENA stated he was a citizen of Mexico illegally present in the United States. SBPA Mills placed PENA under arrest.

At the same time PENA was being questioned, Agents Atiles and Rivera approached PALMA as he was trying to conceal himself behind an electrical box and identified themselves as United States Border Patrol Agents. After a brief interview with PALMA, he was told that he was going to be arrested for alien smuggling. Both Agents instructed PALMA to turn around in order for them to handcuff him. PALMA refused to comply with the Agents and displayed an aggressive demeanor. After several verbal attempts, PALMA had to be physically turned around by the agents in order to secure him with handcuffs. PALMA was then transported to the station.

Records checks revealed a criminal history for PALMA and three prior arrests for violation of Title 8, United States Code, Section 1324.

PALMA was advised of his rights per Miranda. PALMA stated he understood his rights and was willing to answer questions without an attorney present. PALMA stated an individual known as "Chuy" asked him if he could help guide an illegal alien that had crossed the border near Camino del Rio and G. Anaya to the Donut Avenue Café at Paulin and Third Street in Calexico. PALMA agreed and was to be paid $50.00. PALMA stated once he located PENA he directed him to ride his bicycle and was giving him directions. PALMA further stated he has been working with "Chuy" for approximately one year and gets paid $50.00 for every illegal alien that he smuggles.

Material Witness PENA stated he was to pay $500.00 to be smuggled to El Centro, California. PENA stated he was told once he crossed over the fence he was to hide underneath a

1 | truck and someone would call from him by whistling. PENA stated he was to run to the person
2 | whistling and he would help guide him. PENA stated when he ran up to the person whistling,
3 | identified as Fernando PALMA-Rivas, that PALMA told him he was there to help guide him.
4 | PALMA then told PENA to take his bicycle and he would follow him.

The complainant states that the name of the Material Witness is as follows:

| **NAME** | **PLACE OF BIRTH** |
|---|---|
| Jose Luis PENA-Dominguez | Mexico |

Further, complainant states that Jose Luis PENA-Dominguez is a citizen of a country other than the United States; that said alien has admitted that he is deportable; that his testimony is material, that it is impracticable to secure his attendance at the trial by subpoena; and he is a material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.